**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6970**

---

JOSEPH BOWLER,

                              Plaintiff - Appellant,

     versus

S. K. YOUNG, Warden; A. P. HARVEY, Operations,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (CA-01-800)

---

Submitted: March 3, 2003          Decided: March 12, 2003

---

Before WILKINSON, MOTZ, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Joseph Bowler, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Bowler appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bowler v. Young, No. CA-01-800 (W.D. Va. June 12, 2002). We also deny Bowler's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2